FILED
ASHEVILLE, NC
JUN 1 2 2024
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**(1) CHARMAINE VAPREECE FAIR**<br><br>**(2) JAMES EDWARD FRADY**<br>a/k/a "Scooter"<br><br>**(3) MICHAEL LINDSEY JONES**<br><br>**(4) LES COREY PEAK**<br><br>**(5) ZACHERY MICAH RICE**<br>a/k/a "Zero" | DOCKET NO. 1:24-CR-42-MR-WCM<br><br>**ORDER TO UNSEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**

This 12th day of June, 2024.

_____
THE HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA